UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EAST COAST AESTHETIC SURGERY NJ,<br><br>Plaintiff,<br><br>-against-<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>Defendant. | Index No.: 23-01104<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff East Coast Aesthetic Surgery NJ, by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant United Healthcare Insurance Company with prejudice. Each party shall bear their own costs.

Dated: Oakland, NJ
   June 8, 2023

                 GOTTLIEB AND GREENSPAN, LLC
                 *Attorneys for Plaintiff*

            By: /s/ Michael Gottlieb
                Michael Gottlieb
                169 Ramapo Valley Road, Suite ML3
                Oakland, NJ 07436
                (201) 644-0896

SO ORDERED.

_____
Hon. Esther Salas
Dated: June 9, 2023